UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
CHERYL JONES,              )
                           )
         Plaintiff(s),     )      No. C 09-2880 BZ
                           )
    v.                     )      BRIEFING ORDER
                           )
BARRY WILLIAMS, et al.,    )
                           )
         Defendant(s).     )
_____)
```

Following removal, defendants scheduled a motion to be heard on August 19, 2009. That date is not available, inasmuch as the Court has the general criminal duty during the latter part of August. Accordingly, **IT IS ORDERED** that defendants' motion will be heard on **September 23, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Plaintiff's opposition shall be filed by **July 22, 2009**. On or before that date plaintiff shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be found on the Court's website at: http://www.cand.uscourts.gov

1

Defendants' reply shall be filed by **August 5, 2009.**

Dated:  July 2, 2009

                                  Bernard Zimmerman
                        United States Magistrate Judge

G:\BZALL\-BZCASES\JONES v. WILLIAMS\BRIEFING ORDER.wpd

2