UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL JONES,              ) | |
|                            ) | |
|      Plaintiff(s),         ) | No. C 09-2880 BZ |
|                            ) | |
|   v.                       ) | **ORDER CONTINUING INITIAL** |
|                            ) | **CASE MANAGEMENT CONFERENCE** |
| BARRY WILLIAMS, et al.,    ) | |
|                            ) | |
|      Defendant(s).         ) | |

It is **ORDERED** that the initial case management conference is continued to **Monday, November 30, 2009** at 4:00 pm.  It is **FURTHER ORDERED** that counsel for plaintiff shall either pay for Mr. Herling's costs and fees associated with attending the conference on November 23, 2009 or show cause at that time why he should not be sanctioned for failing to appear at yesterday's conference.

Dated:  November 24, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JONES v. WILLIAMS\ORDER CONTINUING CMC.wpd

1