UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL JONES, | |
| Plaintiff(s), | No. C 09-2880 BZ |
| v. | |
| BARRY WILLIAMS, et al., | **ORDER OF CONDITIONAL DISMISSAL** |
| Defendant(s). | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **60 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated:   May 27, 2010

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JONES v. WILLIAMS\ORDER OF CONDITIONAL DISM.wpd

1