| | |
|---|---|
| Daniel J. Herling (SBN 103711) <br> Martin H. O. Nguyen (SBN 234127) <br> Keller and Heckman LLP <br> Embarcadero Center, Suite 450 <br> San Francisco, CA 94111 <br> Telephone: 415.948.2800 <br> Facsimile: 415.948.2808 <br> herling@khlaw.com <br> nguyen@khlaw.com | Julian Hubbard (SBN 106469) <br> 600 Allerton Street, Suite 202 <br> Redwood City, CA 94063 <br> Telephone: 650.369.9353 <br> Facsimile: 650.369.9351 <br> julianjhubbard@aol.com |
| Attorneys for Defendants <br> Barry Williams and Renata Ritzman <br> *erroneously sued as "Renatta Williams"* | Attorneys for Plaintiff <br> Cheryl Jones |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL JONES <br><br> Plaintiff <br><br> vs. <br><br> BARRY WILLIAMS and RENATTA WILLIAMS <br><br> Defendants | Case No. C 09-2880 BZ <br><br> **REQUEST FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE;** <br><br> [~~PROPOSED~~ ORDER] <br><br> Dept: Courtoom G <br> Judge: The Honorable Bernard Zimmerman |

    Plaintiff Cheryl Jones ("Plaintiff") and Defendants Barry Williams and Renata Ritzman ("Defendants") have entered into a confidential settlement of this matter that resolves the claims in this lawsuit *in toto*. Plaintiff and Defendants agree that the claims in the above-entitled action should be dismissed with prejudice. Therefore, Plaintiff hereby requests that Plaintiff's Complaint against Defendants be dismissed with prejudice. Plaintiff and Defendants also agree that each party shall bear his, her or their own costs and fees in this action.

    Respectfully submitted,

Dated: May 13, 2010

*/s/ Julian Hubbard* <br>
Julian Hubbard <br>
Attorneys for Plaintiff <br>
Cheryl Jones

Dated: 4 June, 2010

*/s/ Daniel J. Herling* <br>
Daniel J. Herling <br>
Attorneys for Defendants <br>
Dr. Barry Williams and Renata Ritzman

Case No. C 09-2880 BZ     1 <br>
REQUEST FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE;

## [PROPOSED] ORDER

For good cause as contained in the Request for Dismissal of All Claims With Prejudice, the Court Orders that Plaintiff's Complaint be dismissed with prejudice so that this action is dismissed in its entirety. Each party is to bear their, his or her own costs and fees

Dated: June 7, 2010

_____
The Honorable Bernard Zimmerman
United States Magistrate
Northern District of California